

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Isaac Osei Afoakwa | ) Case No. | 1:25-cr-00131 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Isaac Osei AFOAKWA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud
Aggravated Identity Theft
Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Tax Return
False Statements Relating to a Health Care Benefit Program
Forfeiture Notice

Date:  06/05/2025

/s/ Carla Schultz
*Issuing officer's signature*

City and state:  Bismarck, North Dakota

Carla Schultz, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/5/25, and the person was arrested on *(date)* 6/10/25
at *(city and state)* Bismarck, ND.

Date:  6/10/25

Alex Schroeder
*Arresting officer's signature*

Alex Schroeder - Special Agent
*Printed name and title*