# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Isaac Osei Afoakwa, | ) | Case No. 1:25-cr-131 |
| | ) | |
| Defendant. | ) | |

On June 10, 2025, Defendant made his initial appearance in this matter and was arraigned. (Doc. No. 6). At the close of the hearing, the court issued an order conditionally releasing Defendant pending trial. (Doc. No. 11).

Attorney Lloyd Suhr was present at Defendant's initial appearance and arraignment in anticipation that he would be retained by Defendant. Attorney Suhr has since informed the court that he has not been retained by Defendant.

Defendant shall have until June 30, 2025, to provide the court with a report advising whether he intends to retain counsel or is requesting court-appointed counsel. If Defendant intends to request court-appointed counsel, he should complete and return the financial affidavit attached to this order. The Pretrial Services Office is directed to provide Defendant with a copy of this order.

**IT IS SO ORDERED.**

Dated this 20th day of June, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court.